```
1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   MICHAEL CAREATTI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                         * * * * *

11
                                    ) Case No.: CR-F-03-5269 OWW
12 UNITED STATES OF AMERICA,        )
                                    ) STIPULATION FOR CONTINUANCE AND
13           Plaintiff,             ) ORDER THEREIN
                                    )
14      vs.                         )
                                    )
15 MICHAEL CAREATTI,                )
                                    )
16           Defendant.             )

17
```

    IT IS HEREBY STIPULATED between the Defendant, Michael Careatti, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Jonathon B. Conklin, that the Hearing now set for June 13, 2005, at 10:00 a.m. be continued to July 25, 2005 at 9:00 a.m.

    It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

    1.  Title 18, United States Code, Section 3161(h)(8)(A) --
        that the ends of justice served by taking such action

PDF created with pdfFactory trial version www.pdffactory.com

```
            outweighs  the   best   interest   of   the  public  and   the
            defendant in a speedy trial;
    2.      Title 18, United States Code, Section 3161(h)(8)(ii) --
            that it is unreasonable to expect adequate preparation
            for pre-trial proceedings or for the trial itself with
            the time limits established due to the complexity of the
            case.
                                Respectfully submitted,
Dated:  June 9, 2005


                                    /s/ Anthony P. Capozzi
                                Anthony P. Capozzi,
                                Attorney for Defendant,
                                Michael Careatti

Dated:  June 9, 2005

                                    /s/ Jonathon B. Conklin
                                Jonathon B. Conklin,
                                Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for June 13, 2005, is vacated and continued to July 25, 2005 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  June 14, 2005

                                /s/ OLIVER W. WANGER
                                _____
                                Honorable Oliver W. Wanger,
                                U.S. District Court Judge

Page 2

Stipulation to Continue
Case No. 03-5269 OWW

PDF created with pdfFactory trial version www.pdffactory.com