UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>    vs.                      )<br>                             )<br>MICHAEL CARREATI,            )<br>                             )<br>            Defendants.      )<br>_____) | 1:03-CR-5269 OWW<br><br>ORDER FOR RETURN OF<br>CASH BAIL |

The above-named defendant having been remanded to the custody of the United States Marshal,

IT IS HEREBY ORDERED that the cash bail in the amount of $15,000.00 be returned to the surety, Marianne Hardee.

Dated: _June 23, 2006__                /s/ OLIVER W. WANGER_____
                                       OLIVER W. WANGER
                                       United States District Judge